IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 27 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02653-BNB

MAHMUD ABOUHALIMA,

    Plaintiff,

v.

MR. ALBETO GONZALES, "the U.S. Attorney General,"
MR. HARLEY LAPPIN, "the Director of the BOP,"
MR. MICHAEL K. NALLEY, "the Regional Director,"
MR. R. WILEY, "the ADX Warden," and
MR. JOHN DOE, "unknown FBI agent,"

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion to withdraw claim four in the complaint, which was filed on January 19, 2006, is GRANTED. Plaintiff's motion for an extension of time to pay the initial partial filing fee in this action, which was filed on January 25, 2006, is GRANTED as follows: Plaintiff shall have **thirty (30) days from the date of this minute order** to pay the initial partial filing fee as directed.

Dated: January 27, 2006

Copies of this Minute Order mailed on January 27, 2006, to the following:

Mahmud Abouhalima
Reg. No. 28064-054
ADX – Florence
PO Box 8500
Florence, CO 81226

                                          Secretary/Deputy Clerk