# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

    Plaintiff,

v.

MR. ALBERTO GONZALES "The U.S. Attorney General",
MR. HARLEY LAPPIN "The Director of the BOP",
MR. MICHAEL K. NALLEY "The Regional Director",
MR. R. WILEY "The ADX Warden", and
MR. JOHN DOE "Unknown FBI Agent",

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 9 2006

GREGORY C. LANGHAM
                CLERK

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process on the defendants, the defendants or counsel for the defendants shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated March 7, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-02653-REB-MEH

Mahmud Abouhalima
Reg. No. 28064-054
ADX – Florence
PO Box 8500
Florence, CO 81226

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

Harley G. Lappin, Director- CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

Michael R. Nalley – CERTIFIED
North Central Regional Director
400 State Ave.
Gateway Tower II, 8th Floor
Kansas City, KS 66101-2421

R. Wiley – WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

United States Attorney
District of Colorado
HAND DELIVERED

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher B. Synsvoll, US Attorney General, US Attorney's Office, Michael R. Nalley, Harley G. Lappin; COMPLAINT FILED 12/29/05, SUMMONS, WAIVER*, AND CONSENT FORM on 3/9/06.

                                  GREGORY C. LANGHAM, CLERK

                                By: _____
                                       Deputy Clerk