IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

    Plaintiff,

v.

MR. ALBERTO GONZALES, "the U.S. Attorney General,"
MR. HARLEY LAPPIN, "the Director of the BOP,"
MR. MICHAEL K. NALLEY, "the Regional Director,"
MR. R. WILEY, "the ADX Warden," and
MR. JOHN DOE, "unknown FBI agent,"

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 9, 2006.**

    Pursuant to Fed. R. Civ. P. 15(a), Plaintiff is allowed to amend his Complaint once as a matter of course before a responsive pleading is filed. Accorindgly, Plaintiff's Motion for Leave to Amend Complaint [Filed May 8, 2006; Docket #35] is **granted**.

    Nevertheless, a Motion to Amend should include a comprehensive Amended Complaint that includes all claims against all Defendants, rather than serving as a supplement to the Original Complaint. Therefore, Plaintiff is directed to file his Amended Complaint no later than **May 26, 2006.** The Amended Complaint supercedes the Original Complaint and must necessarily include all claims against all Defendants.