IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

    Plaintiff,

v.

MR. ALBERTO GONZALES, "the U.S. Attorney General,"
MR. HARLEY LAPPIN, "the Director of the BOP,"
MR. MICHAEL K. NALLEY, "the Regional Director,"
MR. R. WILEY, "the ADX Warden," and
MR. JOHN DOE, "unknown FBI agent,"

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 23, 2006.**

    Plaintiff's Motion to Clarify the Court's Minute Order dated May 9, 2006 [filed May 16, 2006; Docket #43] is **granted** as follows. An Amended Complaint must set forth all of Plaintiff's claims and cannot rely on anything contained in the Original Complaint. Thus, Plaintiff must fully restate each claim and cannot simply refer to some claims as "the same as in the original complaint." In addition, the Amended Complaint must include all exhibits. However, the Court is unable to separate the exhibits previously submitted and attach them to Plaintiff's Amended Complaint. Plaintiff may request a copy of these exhibits from the Clerk's Office, but he must submit whatever payment is required by the Clerk's Office for this service. The Amended Complaint received by Plaintiff should include all claims and all exhibits, because this one document will govern the subsequent proceedings in this case. The Court will note that Mr. Ben Brieschke of the Bureau of Prisons has volunteered to provide Plaintiff a copy of those exhibits.

    Plaintiff's Motion for Extension of Time to File Amended Complaint [Filed May 19, 2006; Docket #45] is **granted**. Plaintiff shall file his Amended Complaint no later than **June 12, 2006.**

    Plaintiff's Motion to Appear by Telephone for May 23, 2006, Scheduling Conference [Filed May 19, 2006; Docket # 46] is **granted.** As directed by the Court's Minute Order dated March 24, 2006, Plaintiff shall appear by telephone for this conference, as well as any other conferences later scheduled in this case.