IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

    Plaintiff,

v.

MR. ALBERTO GONZALES, "the U.S. Attorney General,"
MR. HARLEY LAPPIN, "the Director of the BOP,"
MR. MICHAEL K. NALLEY, "the Regional Director,"
MR. R. WILEY, "the ADX Warden," and
MR. JOHN DOE, "unknown FBI agent,"

    Defendants.

## ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is Plaintiff's Motion for Reconsideration for the Appointment of Counsel [Docket #40]. Pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C. COLO. L.Civ.R 72.1, this matter has been referred to this Court for resolution. The Federal Rules of Civil Procedure do not recognize a motion for reconsideration. *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). The Court, therefore, finds that Plaintiff's Motion should be denied for the same reasons presented in this Court's first Order dated April 27, 2006. [Docket #32]

Nonetheless, Plaintiff appears to be seeking review of this Court's ruling from United States District Judge Robert E. Blackburn. Plaintiff is reminded that a review of a Magistrate Judge's Order is only by appeal under 28 U.S.C. § 636(b)(1)(A). Such appeal should be appropriately captioned to alert the Court that an appeal is sought, not simply reconsideration.

Accordingly, it is hereby ORDERED that Plaintiff's Motion for Reconsideration for the

Appointment of Counsel [Filed May 10, 2006; Docket #40] is **denied**.

Dated at Denver, Colorado, this 12th day of June, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge