IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

    Plaintiff,

v.

MR. ALBERTO GONZALES, "the U.S. Attorney General,"
MR. HARLEY LAPPIN, "the Director of the BOP,"
MR. MICHAEL K. NALLEY, "the Regional Director,"
MR. R. WILEY, "the ADX Warden," and
MR. JOHN DOE, "unknown FBI agent,"

    Defendants.

## ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is Plaintiff's Motion for Ordering Defendants to Allow Plaintiff to Correspond with Legal Societies [Docket #53]. Pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C. COLO. L.Civ.R 72.1, this matter has been referred to this Court for resolution. Plaintiff is currently subject to Special Administrative Procedures (SAMs) that preclude him from contacting anyone other than his immediate family, including legal societies for the purpose of seeking legal counsel. Plaintiff also seeks to contact potential expert witnesses that are necessary for his claims presented in this lawsuit.

The SAMs to which Plaintiff is subject are put in place by the officials at the maximum security facility in which Plaintiff is incarcerated. As such, these regulations are prison conditions that are subject to the administrative remedies process. *Hunt v. Ortiz*, 84 Fed. Appx. 34 (10th Cir. Dec. 17, 2003) (finding that failure to exhaust a challenge of administrative regulations requires dismissal).

Plaintiff does not allege or establish that he has exhausted his administrative remedies with regard to this request. Thus, Plaintiff must first seek relief through the appropriate prison grievance process before this Court can exercise jurisdiction over the relief Plaintiff seeks. *See Horton v. Ortiz*, 138 Fed. Appx. 104 (10th Cir. June 23, 2005).

For these reasons, it is hereby ORDERED that Plaintiff's Motion for Ordering Defendants to Allow Plaintiff to Correspond with Legal Societies [Filed June 5, 2006; Docket #53] is **denied** without prejudice.

Dated at Denver, Colorado, this 12th day of June, 2006.

                BY THE COURT:

                s/ Michael E. Hegarty
                Michael E. Hegarty
                United States Magistrate Judge