## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

    Plaintiff,

v.

MR. ALBERTO GONZALES, "the U.S. Attorney General,"
MR. HARLEY LAPPIN, "the Director of the BOP,"
MR. MICHAEL K. NALLEY, "the Regional Director,"
MR. R. WILEY, "the ADX Warden," and
MR. JOHN DOE, "unknown FBI agent,"

    Defendants.

## ORDER

**Blackburn, J.**

The matter comes before the court on plaintiff's **Motion to Withdraw 6th Amendment Claim in Claim Four (4) From Amended Prisoner Complaint** [#69], filed August 4, 2006. After careful review of the motion, the court will construe the plaintiff's motion to withdraw as a motion to dismiss his 6th Amendment Claim, and the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion to Withdraw 6th Amendment Claim in Claim Four (4) From Amended Prisoner Complaint** [#69], filed August 4, 2006, is **GRANTED**; and

    2.  That plaintiff's 6th Amendment Claim in claim four (4) of his Amended Prisoner Complaint is **DISMISSED**.

    Dated August 4, 2006, at Denver, Colorado.

                                     **BY THE COURT:**

                                     **s/ Robert E. Blackburn**
                                     **Robert E. Blackburn**
                                     **United States District Judge**