IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

     Plaintiff,

v.

MR. ALBERTO GONZALES, "the U.S. Attorney General,"
MR. HARLEY LAPPIN, "the Director of the BOP,"
MR. MICHAEL K. NALLEY, "the Regional Director,"
MR. R. WILEY, "the ADX Warden," and
MR. JOHN DOE, "unknown FBI agent,"

     Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 16, 2006.**

For good cause shown, Defendants' Motion for Extension of Time [Filed September 25, 2006; Docket #91] is **granted**. This dispositive motion deadline is reset to October 30, 2006.

In the interests of justice and pursuant to Fed. R. Civ. P. 15(a), Plaintiff's Motion to Dismiss a Section from Prisoner Amended Complaint [Filed September 28, 2006; Docket 93] is **granted**. Plaintiff's Amended Complaint [Docket #55] is amended to delete the allegations in paragraph #28 from claim two and the requests for relief paragraphs ##15 and 16 from G. Request for Relief.