IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

      Plaintiff,

v.

MR. ALBERTO GONZALES, "the U.S. Attorney General,"
MR. HARLEY LAPPIN, "the Director of the BOP,"
MR. MICHAEL K. NALLEY, "the Regional Director,"
MR. R. WILEY, "the ADX Warden," and
MR. JOHN DOE, "unknown FBI agent,"

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 24, 2006.**

Defendants' Unopposed Motion to Vacate Pretrial Conference [Filed October 23, 2006; Docket #99] is **granted**.  The pretrial conference scheduled for October 30, 2006, is hereby **vacated**, to be rescheduled by the Court when necessary.

For good cause shown, Plaintiff's Motion for Extension of Time [Filed October 23, 2006; Docket #101] is **granted**.  The deadline for submitting a Proposed Pretrial Order is **vacated** and will be rescheduled by the Court when necessary.