IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

      Plaintiff,

v.

MR. ALBERTO GONZALES, "the U.S. Attorney General,"
MR. HARLEY LAPPIN, "the Director of the BOP,"
MR. MICHAEL K. NALLEY, "the Regional Director,"
MR. R. WILEY, "the ADX Warden," and
MR. JOHN DOE, "unknown FBI agent,"

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 6, 2006.**

      Plaintiff's Motion to Compel Discovery [Filed October 23, 2006; Docket #102] is **denied** without prejudice.  Plaintiff argues that Defendants' responses to discovery are inadequate, but he has not attached to his Motion his discovery requests or the Defendants' responses so that the Court can evaluate the adequacy of these responses.  Plaintiff is granted leave to re-file his Motion, if necessary, and is directed to attach the appropriate documents in compliance with the Local and Federal Rules.