IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 05-cv-02653-REB-MEH          Date:   April 12, 2007
Courtroom Deputy: Cathy Coomes                **FTR – Courtroom A601**

MAHMUD ABOUHALIMA,                            *Pro Se* (by telephone)

Plaintiff(s);

vs.

ALBERTO GONZALES,                             James S. Russell
HARLEY LAPPIN,                                       (by telephone)
MICHAEL K. NALLEY, and
R. WILEY,

Defendant(s).

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTIONS HEARING**

**Court in session:       9:21 a.m.**

Court calls case. Appearances of *pro se* Plaintiff and counsel.

Argument and discussion regarding Plaintiff's Motion to Overrule Defendants' Objection in their Response to the Plaintiff's 10 Requests for Production of Documents (Doc. #122, filed 3/22/07), and Plaintiff's Motion for Extension of Time (Doc. #126, filed 3/29/07).

**ORDERED:**  For reasons stated on the record, regarding Plaintiff's Motion to Overrule Defendants' Objection in their Response to the Plaintiff's 10 Requests for Production of Documents (Doc. #122, filed 3/22/07) is GRANTED in part and DENIED in part as follows:

   1.  Mr. Russell is shall obtain certification of the responses to Plaintiff's Requests for Production of Documents from Ben Brieschke and provide same to Plaintiff.

   2.  Plaintiff will be permitted to submit two (2) Requests for Admissions to Defendants by **April 16, 2007.**

**ORDERED:** As to Plaintiff's Motion for Extension of Time (Doc. #126, filed 3/29/07), the motion is DENIED as moot. Defendants will be filing a Motion to Withdraw the Motion for Summary Judgment, which was filed on October 30, 2006.

**Court in recess:** 9:43 a.m. **(Hearing concluded)**
**Total time in court:** 0:22