IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

    Plaintiff,

v.

MR. ALBERTO GONZALES, "the U.S. Attorney General,"
MR. HARLEY LAPPIN, "the Director of the BOP,"
MR. MICHAEL K. NALLEY, "the Regional Director,"
MR. R. WILEY, "the ADX Warden," and
MR. JOHN DOE, "unknown FBI agent,"

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 8, 2007.**

    Defendants' Motion to Withdraw Motion for Summary Judgment and Supporting Brief, and for Permission to Re-File a New Motion for Summary Judgment [Filed May 4, 2007; Docket #136] is **granted**. Defendants' Motion for Summary Judgment [Docket # 105] is hereby **withdrawn**. Defendants shall have until June 1, 2007, to file a Motion for Summary Judgment under existing law.

    It is further ORDERED that Plaintiff's Motion for Continuance [Filed November 15, 2006; Docket #112] is **denied as moot**, based on the withdrawal of the pending Motion for Summary Judgment.