IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

      Plaintiff,

v.

MR. ALBERTO GONZALES, "the U.S. Attorney General,"
MR. HARLEY LAPPIN, "the Director of the BOP,"
MR. MICHAEL K. NALLEY, "the Regional Director,"
MR. R. WILEY, "the ADX Warden," and
MR. JOHN DOE, "unknown FBI agent,"

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 7, 2007.**

For good cause shown, Defendants' second Motion for Extension of Time to File Dispositive Motions [Filed July 19, 2007; Docket #152] is **granted**.  The dispositive motion deadline is reset to **August 17, 2007**.

Plaintiff's Motion to Dismiss the Filing of Dispositive Motion and that the Court Proceed with the Civil Action [Filed August 6, 2007; Docket #154] seeking to preclude Defendants from filing a motion for summary judgment is **denied**.