IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

    Plaintiff,

v.

MR. ALBERTO GONZALES, "the U.S. Attorney General,"
MR. HARLEY LAPPIN, "the Director of the BOP,"
MR. MICHAEL K. NALLEY, "the Regional Director,"
MR. R. WILEY, "the ADX Warden," and
MR. JOHN DOE, "unknown FBI agent,"

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 21, 2007.**

    Plaintiff's Motion to Correct a Statement in Docket #135 [Filed September 19, 2007; Docket #160] is **denied**. Plaintiff states that the Minute Order incorrectly reflects that Defendants' counsel was willing to withdraw the prior motion for summary judgment and re-file based on the change in law under *Jones v. Bock*. While the Court raised the question of whether Defendants wished to re-file the motion, counsel indicated at the hearing that they would re-file the motion. Thus, no change in the Minute Order is necessary.