IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

    Plaintiff,

v.

MR. ALBERTO GONZALES, "the U.S. Attorney General,"
MR. HARLEY LAPPIN, "the Director of the BOP,"
MR. MICHAEL K. NALLEY, "the Regional Director,"
MR. R. WILEY, "the ADX Warden," and
MR. JOHN DOE, "unknown FBI agent,"

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 25, 2007.**

    Plaintiff's Motion to Strike Defendants' Declarations in Docket #157 [Filed September 24, 2007; Docket #164] is **denied**. First, contrary to Plaintiff's argument, the Court did not limit Defendants' new arguments in the re-filed Motion for Summary Judgment to the issue of exhaustion of administrative remedies. While the Court recommended that Defendants' re-file the motion based on *Jones v. Bock*, it placed no limitations on this filing. The Court has already determined that Plaintiff is not prejudiced by the re-filing of this motion at the time the extension was granted, because discovery continued after the motion was filed. Plaintiff still has adequate time to respond to the motion as filed. Second, the Court will determine the weight to be given each affidavit, pursuant to Rule 56, after the motion is fully briefed.