**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

    Plaintiff,

v.

ALBERTO GONZALES, "the U.S. Attorney General,", et al.,

    Defendants.

## ORDER

**Blackburn, J.**

The matters before me are (1) **Plaintiff's Opposed Motion To Hold in Abeyance Defendant's Motion for Summary Judgment and Brief in Support** [#168], filed October 30, 2007; (2) **Plaintiff's Opposed Motion To Extend Time To File a Response to Defendants' Motion for Summary Judgment and Brief in Support** [#169], filed October 30, 2007; and (3) **Defendants' Motion for Summary Judgment and Supporting Brief** [#157], filed August 17, 2007.[1]  I deny plaintiff's motions and deny defendants' motion for summary judgment without prejudice to refile after the contemplated request to reopen discovery and motion to consolidate referenced in plaintiff's motions are filed and resolved.

---

[1] The order of reference as to this motion [#158] is withdrawn with the consent of the magistrate judge.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Opposed Motion To Hold in Abeyance Defendant's Motion for Summary Judgment and Brief in Support** [#168], filed October 30, 2007, is **DENIED**;

2. That **Plaintiff's Opposed Motion To Extend Time To File a Response to Defendants' Motion for Summary Judgment and Brief in Support** [#169], filed October 30, 2007, is **DENIED**;

3. That **Defendants' Motion for Summary Judgment and Supporting Brief** [#157], filed August 17, 2007, is **DENIED WITHOUT PREJUDICE**; and

4. That plaintiff **SHALL FILE**, if at all, any motion to reopen discovery in this case, to file an amended complaint, and/or to consolidate this case with any other case, including but not limited to ***Ayyad v. Gonzales***, Civil Action No. 05-cv-002342-WYD-MJW, within **thirty (30) days** of the date of this Order.

Dated November 9, 2007, at Denver, Colorado.

                              **BY THE COURT:**

                              s/ Robert E. Blackburn
                              **Robert E. Blackburn**
                              **United States District Judge**