### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

    Plaintiff,

v.

MR. ALBERTO GONZALES, "the U.S. Attorney General,", et al.,

    Defendants.

### MINUTE ORDER[1]

    The matter comes before the court on plaintiff's **Unopposed Motion To Consolidate and Brief in Support** [#173], filed November 13, 2007. The motion is **STRICKEN** for failure to comply with D.C.COLO.L.Civ.R. 42.1.

    Counsel is reminded that he must comply with both the Local Rules of the United States District Court for the District of Colorado (D.C.COLO.LCivR) and my Civil Practice Standards (REB Civ. Practice Standards), both of which are available on the district court's website (http://www.cod.uscourts.gov/Dindex.htm), in prosecuting this or matter.

    Dated: November 14, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.