IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02653-REB-MEH

MAHMUD ABOUHALIMA,

    Plaintiff,

v.

MR. ALBERTO GONZALES, "the U.S. Attorney General,"
MR. HARLEY LAPPIN, "the Director of the BOP,"
MR. MICHAEL K. NALLEY, "the Regional Director,"
MR. R. WILEY, "the ADX Warden," and
MR. JOHN DOE, "unknown FBI agent,"

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 29, 2007.**

    Plaintiff's Motion to Reopen Discovery [Filed November 26, 2007; Docket #176] is **stricken** as duplicative of Plaintiff's later filing, both of which fail under Local Rule 7.1.A. Plaintiff's Motion to Reopen Discovery [Filed November 29, 2007; Docket #180] is **denied without prejudice** for failure to comply with D.C.Colo.L.Civ.R. 7.1.A, Duty to Confer. Although Plaintiff states that Defendants' counsel has not responded to his voice mail and email, the duty to confer requires a good faith effort to resolve the dispute through discussing the matter at issue and attempting to reach resolution prior to Court intervention. Plaintiff has not met this requirement. For Plaintiff's convenience, the Local Rules can be found at the United States District Court, District of Colorado website, www.cod.uscourts.gov/rules_frame.htm.