IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 05-cv-02653-REB-MEH        Date:   January 4, 2008
Courtroom Deputy: Cathy Coomes              **FTR – Courtroom C203**

---

MAHMUD ABOUHALIMA,                          Rajasimha Raghunath

    Plaintiff,

vs.

ALBERTO GONZALES,                           William Pharo
HARLEY LAPPIN,
MICHAEL K. NALLEY,
R. WILEY,
HARRELL WATTS, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**MOTIONS HEARING**

**Court in session:**   9:19 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiff's Opposed Motion for Leave to File Second Amended Complaint (Doc. #186, filed 12/3/07).

**ORDERED:**   As stated on the record, Plaintiff's Opposed Motion for Leave to File Second Amended Complaint (Doc. #186, filed 12/3/07) is GRANTED to the extent that the Court will allow Plaintiff to file a Second Amended Complaint only to clearly articulate the retaliation claim.  The Second Amended Complaint shall be filed by close of business on **January 9, 2008.**  Defendants shall have to and including **January 24, 2008**, to file an Answer to the Second Amended Complaint.

Argument and discussion regarding Plaintiff's Opposed Amended Motion to Reopen Discovery (Doc. #188, filed 12/3/07).

**ORDERED:** As stated on the record, Plaintiff's Opposed Amended Motion to Reopen Discovery (Doc. #188, filed 12/3/07) is GRANTED as follows:

1. Each side will be allowed 25 Interrogatories.
2. Each side will be allowed 25 Requests for Production of Documents.
3. Each side will be allowed 25 Requests for Admissions.
4. Each side will be allowed five (5) depositions.
5. Initial Expert Disclosures due by **February 15, 2008.**
6. Rebuttal Expert Disclosures due by **March 15, 2008.**
7. **All** discovery due by **March 30, 2008.**
8. Dispositive Motions due by **April 15, 2008.**

**ORDERED:** A Final Pretrial Conference is set for **April 28, 2008, at 9:30 a.m.**
In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **on or before April 21, 2008.**

Discussion regarding the caption of this case.

Counsel are directed to file an Unopposed Motion to Amend the Caption to substitute the new Attorney General for Alberto Gonzales.

Counsel are reminded to meet and confer before filing any motions.

**Court in recess:** 9:41 a.m. (Hearing concluded)
**Total time in court:** 0:22